# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM BORDEN,<br><br>      Plaintiff,<br><br>  v.<br><br>MAINLINE CONVEYOR SYSTEMS, INC.,<br><br>      Defendant. | CIVIL ACTION NO. 4:23-CV-01486<br><br>(MEHALCHICK, J.) |

## ORDER

**AND NOW**, this 6th day of August, 2025, for the reasons set forth in the Memorandum Opinion filed concurrently herewith, **IT IS HEREBY ORDERED** that Borden's motion for reconsideration is **DENIED**. (Doc. 57).

                                                **BY THE COURT:**

                                                *s/ Karoline Mehalchick*
                                                **KAROLINE MEHALCHICK**
                                                **United States District Judge**