**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| WILLIAM BORDEN,<br><br>Plaintiff,<br><br>v.<br><br>MAINLINE CONVEYOR SYSTEMS, INC.,<br><br>Defendant. | CIVIL ACTION NO. 4:23-CV-01486<br><br>(MEHALCHICK, J.) |

**ORDER**

**AND NOW**, on this 6th day of August 2026, for the reasons set forth in the Memorandum Opinion concurrently filed herewith, **IT IS HEREBY ORDERED** that Borden's motion for a new trial and judgment as a matter of law is **DENIED**. (Doc. 97).

**BY THE COURT:**

s/ Karoline Mehalchick

**KAROLINE MEHALCHICK**
**United States District Judge**